**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

---

**ALDON MARTINEZ,**

           **Plaintiff,**

    **v.**

**SAFERENT SOLUTIONS, LLC,**

           **Defendant.**

**Case No.: 8:24-cv-02611-VMC-LSG**

---

## STIPULATION OF DISMISSAL

Plaintiff Aldon Martinez and Defendant SafeRent Solutions, LLC ("The Parties") hereby

stipulate to a dismissal of all of Plaintiff's claims against Defendant, in the above-captioned matter,

with prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated: April 15, 2025

/s/ Angel Lluvet, II
Angel Lluvet II, Esq.
Miami Realty Law Group
6625 NW Miami Lakes Dr E, Suite #327
Miami Lakes, FL 33014
Telephone: (786) 444-9953
Email: angel@miamirealtylawgroup.com
*Attorney for Plaintiff*
*Aldon Martinez*

/s/ Christi A. Lawson
Christi A. Lawson, Esq.
Foley & Lardner LLP
301 East Pine Street, Suite 1200
Orlando, FL 32801
Telephone: (407) 244-3235
Email: clawson@foley.com
*Attorney for Defendant*
*SafeRent Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed on April 15, 2025, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Angel Lluvet, II